CLUTE *v*. ROBINSON, 2 J. R. 595.

*Assignment ; Mortgage ; Covenant.*

THE assignee of a chose in action, takes it subject to all the equities between the original debtor or obligor, &c., and the creditor or obligor, &c., but not to any latent equity, residing in a third person.

Thus, where A. gave a bond to B. and took from him a defeasance, conditioned that the bond and mortgage should be given up and cancelled, if A. by a certain day should execute a deed to B., and B. afterward assigned the bond and mortgage to C.

The Court of Errors held, that C. took them subject to all the equity subsisting between A. and B., and liable to be defeated by a performance of the condition of defeasance, whether he had notice of it or not; and that the defeasance need not be recorded to make it effectual.

The conveyance of a title admitted to be doubtful, is not a good performance of a covenant to execute a good and sufficient deed. But if the covenantor have a perfect title at the time of the decree or the coming in of the master's report, it is sufficient, and he may be allowed then to perform his contract, and save the forfeiture of his bond on making compensation for the delay of performance. The rule of compensation is the interest on the bond, where one has been given, to be calculated up to such time as the court, under the circumstances, shall decree.

Decree of Chancellor *reversed* accordingly.